```
                IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| BRUCE TOLL, | : | CIVIL ACTION |
| | : | NO. 11-7141 |
|     Plaintiff, | : | |
| | : | |
|   v. | : | |
| | : | |
| LEONARD TANNENBAUM, | : | |
| | : | |
|     Defendant. | : | |

### O R D E R

**AND NOW**, this **15th** day of **November, 2013**, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment (ECF Nos. 59, 60) is **GRANTED**. Accordingly, **JUDGMENT** is entered in favor of Defendant and against Plaintiff.

    **AND IT IS SO ORDERED.**

                                        **/s/ Eduardo C. Robreno**
                                        **EDUARDO C. ROBRENO,     J.**