AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| BRUCE TOLL | ) |
| | ) |
| v. | ) Case No.: 11-CV-07141 |
| LEONARD TANNENBAUM | ) |
| | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on  __11/15/2013 *__  against  __Plaintiff Bruce Toll__  ,
                                                                    Date        *affirmed 1/20/2015 (Dkt. No. 92)
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk ............................................................. | $_____350.00 |
| Fees for service of summons and subpoena ....................................... | _____ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | _____8,853.20 |
| Fees and disbursements for printing ............................................. | _____ |
| Fees for witnesses *(itemize on page two)* ........................................ | _____0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ............................................. | _____ |
| Docket fees under 28 U.S.C. 1923 .............................................. | _____ |
| Costs as shown on Mandate of Court of Appeals .................................. | _____ |
| Compensation of court-appointed experts ....................................... | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | _____ |
| Other costs *(please itemize)* .................................................. | _____ |
| TOTAL | $_____9,203.20 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service          [ ] First class mail, postage prepaid

[ ] Other: _____

s/ Attorney: _N J. G_____

Name of Attorney: Nancy J. Gellman

For: ____Defendant Leonard Tannenbaum____          Date: __01/22/2015__
            *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____   By: _____   _____
   *Clerk of Court*                    *Deputy Clerk*                *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, cost s — other than attorney's fees — should be allo wed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRUCE TOLL,<br><br>    Plaintiff,<br><br>    v.<br><br>LEONARD TANNENBAUM,<br><br>    Defendant. | Civil Action No. 2:11-cv-07141-ER |

## DEFENDANT'S BILL OF COSTS ITEMIZATION

A. Fees of Clerk

    1. Fee to remove case from state to federal court (Dkt. No. 1)    $350.00

B. Fees for Transcripts (invoices attached)

| | | |
|---|---|---|
| 1. | Bruce Toll Deposition | $3,611.00 |
| 2. | Bernard Berman Deposition | $846.15 |
| 3. | Elizabeth Toll Feuer Deposition | $829.30 |
| 4. | Leonard Tannenbaum Deposition | $1,647.05 |
| 5. | Leonard Tannenbaum Deposition | $228.80 |
| 6. | James Malott Deposition | $506.20 |
| 7. | 3-8-12 Hearing Transcript | $343.20 |
| 8. | 10-24-13 Hearing Transcript | $841.50 |
| | TRANSCRIPT TOTAL | $8,853.20 |
| | TOTAL | $9,203.20 |

# INVOICE



**James DeCrescenzo Reporting, LLC**
1880 John F. Kennedy Boulevard, 6th Floor
Philadelphia, Pennsylvania 19103
PHONE (215) 564-3905 * FAX (215) 751-0581

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 17503 | 7/2/2012 | 56828 |
| Job Date | Case No. | |
| 6/14/2012 | 9649 | |

| Case Name |
|---|
| TOLL, BRUCE vs. TANNENBAUM, LEONARD |

| Payment Terms |
|---|
| Due upon receipt; 1.5%/mo. after 30 days |

PERRA, KEVIN J. ESQUIRE
PROSKAUER ROSE LLP (NY)
ELEVEN TIMES SQUARE
(EIGHTH AVENUE & 41ST STREET)
NEW YORK, NY  10036-8299

---

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    TOLL, BRUCE                                                                                                       3,611.00

                                       **TOTAL DUE >>>**                 **$3,611.00**

VIDEOTAPED DEPOSITION

REALTIME AND ROUGH ASCII SERVICES PROVIDED.

                            (-) Payments/Credits:                 3,611.00
                            (+) Finance Charges/Debits:                 0.00
                            (=) New Balance:                 0.00

---

**Tax ID:** 46-0551220            Phone: (212) 969-3000    Fax:(212) 969-2900

*Please detach bottom portion and return with payment.*

PERRA, KEVIN J. ESQUIRE
PROSKAUER ROSE LLP (NY)
ELEVEN TIMES SQUARE
(EIGHTH AVENUE & 41ST STREET)
NEW YORK, NY  10036-8299

Job No.      : 56828          BU ID      : JDR
Case No.   : 9649
Case Name : TOLL, BRUCE vs. TANNENBAUM, LEONARD

Invoice No.  : 17503          Invoice Date : 7/2/2012
**Total Due**   : $0.00

Remit To:   JAMES DECRESCENZO REPORTING, LLC
                1880 JOHN F. KENNEDY BOULEVARD
                6TH FLOOR
                PHILADELPHIA, PA  19103

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA 

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE

Golkow, Inc.
1650 Market Street
Suite 5150
Philadelphia, PA  19103
Phone: 877.370.3377   Fax: 917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 99774 | 7/30/2012 | 55556 |
| Job Date | Case No. | |
| 7/12/2012 | | |

| Case Name |
|---|
| Toll v. Tannenbaum |

| Payment Terms |
|---|
| Due upon receipt |

Alexander Kaplan, Esquire
Proskauer Rose, LLP
11 Times Square
New York, NY  10036

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Bernard D. Berman | 259.00 Pages | @ | 2.95 | 764.05 |
| Exhibits scanned in .pdf format and burned to CD | 71.00 Pages | @ | 0.10 | 7.10 |
| ASCII (.txt) | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Minuscript | | | 0.00 | 0.00 |
| Administration Fee | | | 50.00 | 50.00 |
| Shipping and Handling | | | 25.00 | 25.00 |

TOTAL DUE  >>>    $846.15

(V)

Thank you. Your business is appreciated.
For billing questions, please email billing@golkow.com.

(-) Payments/Credits:    846.15
(+) Finance Charges/Debits:    0.00
(=) New Balance:    0.00

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Alexander Kaplan, Esquire
Proskauer Rose, LLP
11 Times Square
New York, NY  10036

Job No.     : 55556                BU ID      : R-Main
Case No.    :
Case Name   : Toll v. Tannenbaum

Invoice No. : 99774                Invoice Date   : 7/30/2012
**Total Due**   : **$0.00**

Remit To:   Golkow, Inc.
            1650 Market Street
            Suite 5150
            Philadelphia, PA  19103

**PAYMENT WITH CREDIT CARD**                AMEX  MC  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____   Phone#: _____
Billing Address: _____
Zip: _____   Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE



**James DeCrescenzo Reporting, LLC**
1880 John F. Kennedy Boulevard, 6th Floor
Philadelphia, PA 19103
PHONE (215) 564-3905 · FAX (215) 751-0581

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 17757 | 7/20/2012 | 57153 |
| Job Date | Case No. | |
| 7/11/2012 | 9649 | |

| Case Name |
|---|
| TOLL, BRUCE vs. TANNENBAUM, LEONARD |

| Payment Terms |
|---|
| Due upon receipt |

KAPLAN, ALEXANDER ESQUIRE
PROSKAUER ROSE, LLP
ELEVEN TIMES SQUARE
NEW YORK, NY  10036-8299

---

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    TOLL FEUER, ELIZABETH                                                                                           829.30

                                                                                 TOTAL DUE >>>                         $829.30

VIDEOTAPED DEPOSITION

REALTIME AND ROUGH ASCII SERVICES PROVIDED.

---

**Tax ID:** 23-2260771                                                                              Phone: (212) 969-3000    Fax:(212) 969-2900

*Please detach bottom portion and return with payment.*

KAPLAN, ALEXANDER ESQUIRE
PROSKAUER ROSE, LLP
ELEVEN TIMES SQUARE
NEW YORK, NY  10036-8299

Job No.        : 57153            BU ID      : JDR
Case No.       : 9649
Case Name      : TOLL, BRUCE vs. TANNENBAUM, LEONARD

Invoice No.    : 17757            Invoice Date  : 7/20/2012
**Total Due**  : **$829.30**

| PAYMENT WITH CREDIT CARD | AMEX  MC  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date:_____ Phone#:_____ | |
| Billing Address: | |
| Zip:_____ Card Security Code:_____ | |
| Amount to Charge: | |
| Cardholder's Signature: | |

Remit To:    JAMES DECRESCENZO REPORTING, LLC
                  1880 JOHN F. KENNEDY BOULEVARD
                  6TH FLOOR
                  PHILADELPHIA, PA  19103

# INVOICE

Golkow, Inc.
One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103
Phone:877.370.3377   Fax:917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 98157 | 7/3/2012 | 54589 |
| Job Date | Case No. | |
| 6/15/2012 | | |

| Case Name |
|---|
| Toll v. Tannenbaum |

| Payment Terms |
|---|
| Due upon receipt |

Kevin J. Perra, Esquire
Proskauer Rose, LLP
11 Times Square
New York, NY 10036

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Leonard M. Tannenbaum | 383.00 Pages | @ | 2.95 | 1,129.85 |
| Rough Draft Transcript | 348.00 | @ | 1.35 | 469.80 |
| Exhibits scanned in .pdf format and burned to CD | 224.00 Pages | @ | 0.10 | 22.40 |
| ASCII (.txt) | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Minuscript | | | 0.00 | 0.00 |
| Shipping and Handling | | | 25.00 | 25.00 |

TOTAL DUE >>>   $1,647.05

(V)

Thank you. Your business is appreciated.
For billing questions, please email billing@golkow.com.

*Okay to Pay #74306.001*
*KJP*

(-) Payments/Credits:   0.00
(+) Finance Charges/Debits:   0.00
(=) New Balance:   1,647.05

Tax ID: 20-5543414

*Please detach bottom portion and return with payment.*

Kevin J. Perra, Esquire
Proskauer Rose, LLP
11 Times Square
New York, NY 10036

Job No.       : 54589          BU ID       : R-Main
Case No.      :
Case Name     : Toll v. Tannenbaum

Invoice No.   : 98157          Invoice Date  : 7/3/2012
Total Due     : $1,647.05

Remit To:   Golkow, Inc.
            One Liberty Place
            1650 Market Street
            Suite 5150
            Philadelphia, PA 19103

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA  19103
Phone:877.370.3377   Fax:917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 102106 | 9/7/2012 | 57547 |
| Job Date | Case No. | |
| 8/17/2012 | | |

| Case Name |
|---|
| Toll v. Tannenbaum |

| Payment Terms |
|---|
| Due upon receipt |

Alexander Kaplan, Esquire
Proskauer Rose, LLP
11 Times Square
New York, NY  10036

| | | | | | |
|---|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Leonard M. Tannenbaum | 52.00 | Pages | @ | 2.95 | 153.40 |
| Exhibits scanned in .pdf format and burned to CD | 4.00 | Pages | @ | 0.10 | 0.40 |
| ASCII (.txt) | | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | | 0.00 | 0.00 |
| Minuscript | | | | 0.00 | 0.00 |
| Administration Fee | | | | 50.00 | 50.00 |
| Shipping and Handling | | | | 25.00 | 25.00 |
| | | | **TOTAL DUE >>>** | | **$228.80** |

(V)
Thank you. Your business is appreciated.
For billing questions, please email billing@golkow.com.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Alexander Kaplan, Esquire
Proskauer Rose, LLP
11 Times Square
New York, NY  10036

Job No.      : 57547            BU ID       : R-Main
Case No.     :
Case Name    : Toll v. Tannenbaum

Invoice No.  : 102106           Invoice Date : 9/7/2012
**Total Due** : **$228.80**

Remit To:   Golkow Technologies Inc.
            One Liberty Place, 51st Floor
            1650 Market Street
            Philadelphia, PA  19103

**PAYMENT WITH CREDIT CARD**        AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE



**James DeCrescenzo Reporting, LLC**
1880 John F. Kennedy Boulevard, 6th Floor
Philadelphia, PA 19103
PHONE (215) 564-3905 · FAX (215) 751-0581

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 21782 | 10/16/2013 | 61657 |
| Job Date | Case No. | |
| 10/4/2013 | 9649 | |
| Case Name | | |
| TOLL, BRUCE vs. TANNENBAUM, LEONARD | | |
| Payment Terms | | |
| Due upon receipt; 1.5%/mo. after 30 days | | |

GELLMAN, NANCY ESQUIRE
CONRAD O'BRIEN PC (PHL)
CENTRE SQUARE
1500 MARKET STREET
WEST TOWERS, SUITE 3900
PHILADELPHIA, PA  19102-2100

ORIGINAL & ONE CERTIFIED COPY OF TRANSCRIPT OF:
　　MALOTT, JAMES R.                                                                                                   506.20

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL DUE >>>          $506.20

ROUGH ASCII SERVICES PROVIDED.

**Tax ID:** 46-0551220                                                                           Phone: (215) 864-9600    Fax:215.864.9620

*Please detach bottom portion and return with payment.*

GELLMAN, NANCY ESQUIRE
CONRAD O'BRIEN PC (PHL)
CENTRE SQUARE
1500 MARKET STREET
WEST TOWERS, SUITE 3900
PHILADELPHIA, PA  19102-2100

Invoice No.     :  21782
Invoice Date    :  10/16/2013
**Total Due**   :  **$506.20**

Job No.     :  61657
BU ID       :  JDR
Case No.    :  9649
Case Name   :  TOLL, BRUCE vs. TANNENBAUM, LEONARD

Remit To:   JAMES DECRESCENZO REPORTING, LLC
            1880 JOHN F. KENNEDY BOULEVARD
            6TH FLOOR
            PHILADELPHIA, PA  19103

```
                    TRANSCRIBERS LIMITED
                      17 Rickland Drive
                      Sewell, NJ  08080
                        (856) 589-6100
                        (856) 589-9005
                      LtdTrans2@aol.com
                    Tax ID No. 22-3314958

                       March 16, 2012
```

Invoice Number 12-160


Nancy J. Gellman, Esquire
Conrad O'Brien
1500 Market Street
Centre Square
West Tower, Suite 3900
Philadelphia, PA   19102

| DATE | CASE NAME | PAGES | RATE | AMOUNT |
|------|-----------|-------|------|--------|
| 03-08-12 | Toll v. Tannenbaum<br>Cv. No. 11-7141 | 78 | $4.40 | $343.20 |

|              |          |
|--------------|----------|
| TOTAL AMOUNT | $343.20  |
| DEPOSIT      | $528.00  |
| REFUND       | $148.80  |
| AMOUNT       | $        |

TRANSCRIBERS LIMITED
17 Rickland Drive
Sewell, NJ 08080
(856) 589-6100
(856) 589-9005
dmpvba55@yahoo.com
Tax ID No. 22-3314958

October 30, 2013

Invoice Number 13-395

Nancy Gellman, Esquire           E-Mailed
Conrad O'Brien PC
1500 Market Street
Philadelphia, PA 19102

| DATE | CASE NAME | PAGES | RATE | AMOUNT |
|---|---|---|---|---|
| 10-24-13 | Toll v Tannenbaum<br>Cv. No. 11-7141 | 153 | $5.50 | $841.50 |

|  |  |
|---|---|
| TOTAL AMOUNT | $841.50 |
| DEPOSIT | $825.00 |
| REFUND |  |
| AMOUNT DUE | $16.50 |

I, Donna M. Anders, hereby certify that the above-captioned matter was completed.

_____                    _____
Date                                                          D.M. Anders

## CERTIFICATE OF SERVICE

    I certify that on the date set forth below the forgoing Defendant Leonard Tannenbaum's Bill of Costs and supporting documentation were electronically filed pursuant to the Court's CM/ECF system, and that the documents are available for downloading and viewing from the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the CM/ECF system.

/s/ Nancy J. Gellman
Nancy J. Gellman

Dated: January 22, 2015